# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM BRASEEL, ) | |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | No. _____ |
| ) | |
| DARREN SETTLES, Warden ) | |
| Bledsoe County Correctional Complex, ) | |
| ) | |
| *Respondent.* ) | |
| ) | |

## DECLARATION OF MICHAEL JOHN BROWN

I, Michael John Brown, declare and state as follows from my own personal knowledge:

1. I currently reside in St. Augustine, Florida, and I am retired from the U.S. Army.

2. In 2006, I was employed as a night patrol sergeant with the Grundy County Sheriff's Department and I participated in the investigation of the murder of Malcolm Burrows and the assaults of Rebecca Hill and Kirk Braden.

3. On January 7, 2006, I responded to a call to a home on Melissa Rock Road. When I arrived at the house, I spoke with Rebecca "Becky" Hill and Kirk Braden, who

reported that they had been assaulted prior to my arrival. I stayed at the home for a while speaking with Ms. Hill and Mr. Braden.

4. Once the ambulance arrived, I left the home and stopped by the vehicle that Malcolm Burrows had reportedly taken which was stopped up the road. I walked up a trail next to the car and discovered the body of Malcolm Burrows.

5. I do not recall taking any witness statements in the course of my investigation of Malcolm Burrows' death.

6. When I discovered the body, Mr. Burrows was fully clothed. His hooded sweatshirt was pulled up above the waistline of his pants. I observed that Mr. Burrows' wallet was in his back pocket at that time.

7. I did not remove the wallet or otherwise move the body. I walked back to my car and called my partner Billy Scissom to return to the scene.

8. When my partner arrived, I showed him what I had found. I then called dispatch to report that I had found a corpse and that it was a possible homicide.

9. Sheriff Brent Myers and TBI Agent Larry Davis arrived at the scene sometime later, and I showed them the body and the crime scene. I then left the scene. Sheriff Myers and Agent Davis remained at the scene.

10. Several years later, I discovered that the case was proceeding to trial. I contacted the District Attorney's office about testifying at Adam Braseel's trial. They responded that they did not need me to testify because they had it covered.

11. When I later found out that Kirk Braden was arrested for beating his mother, that witness statements falsely bore my name, and that false statements were made in the course of the trial that Mr. Burrows' wallet was stolen, I decided to come forward and provide the information that I have.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2017.

MICHAEL JOHN BROWN