# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM BRASEEL, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) No. _____ |
| DARREN SETTLES, Warden Bledsoe County Correctional Complex, | ) ) ) ) |
| *Respondent*. | ) ) ) |

## DECLARATION OF ███████

I, ███████, declare and state as follows from my own knowledge:

1. I currently reside in Coffee County, Tennessee.

2. In November 2007, I served as one of the jurors at the trial of Adam Braseel in the Circuit Court for Grundy County, Tennessee, located in Altamont, Tennessee. I believed then and I believe now that Adam Braseel is innocent of the charges that were brought against him.

3. ███████, the jury foreman, made many comments during deliberations that were not right and lead me to believe that he was not impartial. I was intimidated by Mr. ███████'s demeanor.

4. During deliberations, Mr. ███████ said that if Adam Braseel did not commit the crimes then he was at least involved in them. There was no evidence presented that Mr. Braseel was an accomplice in any crime. I did not think it was right to rely on a theory that was not supported by the evidence.

5. Mr. ▓▓▓ also told me and the other jurors in deliberation, "Don't worry. If Adam is innocent, he can fix it on appeal." After Mr. ▓▓▓ made that statement, several jurors changed their votes to guilty.

6. During deliberations, there were items in the box of evidence given to the jury that were not presented during the trial.

7. I never agreed that Mr. Braseel was guilty. I never wrote down or signed anything that said that Mr. Braseel was guilty. When the jury went out together into the courtroom as the verdict was read, I was distraught and in tears. No one in the courtroom asked me after the verdict was read to state out loud whether I agreed with the verdict, and I do not recall ever raising my hand to indicate that I agreed with it.

8. After the verdict was read the jury was quickly hurried out of the courthouse.

9. I did not speak up before because I was scared to death to come forward. I knew about the crime and corruption in Grundy County, and I was afraid for my safety. Now that I have moved to a different county, I feel that I can come forward with the truth of what I know.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2017.

2