# EXHIBIT 3



---------- Forwarded message ----------
From: **Clint Shrum**
Date: Wed, Aug 17, 2016 at 5:18 PM
Subject: Re: Illegal activity in the Adam Braseel case.
To: Dave Sale

This is a carry over from yesterday.
Sure he can call. In fact, tried to call him myself and got no answer. One thing you can count on, this Administration is nothing like the Myers Era. The Braseel Family can attest to the family and raising from which I was reared. I'm a man who has values and understands the importance of family and faith. I'm interested in the case, but I'm not going to set and be pressurized when I have zero documents, evidence or hadn't even spoken to Adam for that matter. What you can say that I feel would be accurate, is that until this week not one single person has ever contacted me or even offered to allow me to view any documents in this case. Not Mike Brown, not Adam Braseel, not the TBI, not the DAs office, not anyone. Additionally, if you need some "drama" for the story here is a little more info for you. When I took office on September 1, 2014 there was not even a single case file on the Braseel Case at the Sheriff's Office. The question is this; was there something the past administration did not want me to see? from my iPhone

On Aug 17, 2016, at 10:30 AM, Dave Sale wrote: