IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| ADAM BRASEEL, | ) | |
| | ) | |
|     *Petitioner,* | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00027-CLC-SKL |
| | ) | |
| DARREN SETTLES, Warden | ) | |
| Bledsoe County Correctional Complex, | ) | |
| | ) | |
|     *Respondent.* | ) | |
| | ) | |

### PETITIONER'S FOURTH STATUS REPORT

Comes the Petitioner, by and through counsel, and pursuant to the Court's Order (Doc. No. 11, Page ID# 70), files this status report concerning the pending state-court proceedings.

The Petitioner's petition for writ of error *coram nobis* and amended petition for post-conviction relief remain pending the Grundy County Circuit Court. On November 14, 2018, the Grundy County Circuit Court found that an evidentiary hearing was necessary to resolve the issues raised in the petitions. A hearing date has not yet been set.

On October 10, 2018, the Petitioner's counsel received a letter from the Grundy County District Attorney General dated October 3, 2018, disclosing newly discovered exculpatory evidence: on June 29, 2017, the Tennessee Bureau of Investigation ("TBI") matched a latent finger print from the victim's car to Kermit Eugene Bryson, a violent felon who, before the murder, went to prison for aggravated burglary, burglary, theft, and escape, and two years after the murder, murdered a deputy sheriff attempting to serve him with a community corrections violation warrant. A previous TBI analysis in 2006 failed to match the print. The Petitioner's

counsel is presently unaware why the TBI performed a new analysis in 2017 and why the previous analysis in 2006 failed to match the print to Mr. Bryson, who was already a convicted felon before that analysis and whose fingerprints, therefore, should have been in the Federal Bureau of Investigation's Automated Fingerprint Identification System.

This newly discovered evidence is highly exculpatory because, as recited in the Petitioner's habeas petition, the TBI did not find any latent prints matching the Petitioner. Based on the new information, the Petitioner has amended his state petition for writ of error *coram nobis*, which is attached as Exhibit 1.

Under the Court's Order, the undersigned will provide another status report in 90 days.

Respectfully submitted,

**BONE McALLESTER NORTON PLLC**

 s/Alex Little
J. Alex Little (#029858)
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 (phone)
(615) 238-6301 (fax)
alex.little@bonelaw.com

*Counsel for Petitioner*

2
Case 4:17-cv-00027-CLC-SKL   Document 23   Filed 02/19/19   Page 2 of 3   PageID #: 96

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 19th day of February, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system:

        Nicholas S. Bolduc
        Assistant Attorney General
        Federal Habeas Corpus Division
        PO Box 20207
        Nashville, TN 37202
        Nicholas.Bolduc@ag.tn.gov

                                            s/Alex Little
                                            ALEX LITTLE
                                            Counsel for the Petitioner