IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| ADAM BRASEEL, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   No. 4:17-cv-00027-CLC-SKL |
| | ) |
| DARREN SETTLES, WARDEN, | ) |
| | ) |
|    Respondent. | ) |

## RESPONDENT'S FIFTH STATUS REPORT

Pursuant to the Court's order, Respondent, through undersigned counsel, files this status report concerning Petitioner's pending state-court proceedings. (ECF No. 11, Page ID# 70.) Undersigned counsel has spoken with the Grundy County Circuit Court Clerk's Office and learned that Petitioner's petition for writ of error coram nobis is scheduled to be heard on June 26, 2019 in the Grundy County Circuit Court.

Under the Court's order, the undersigned with provide another status report in 90 days.

                                        Respectfully submitted,

                                        HERBERT H. SLATERY III
                                        Attorney General and Reporter

                                        /s/ *Richard D. Douglas*
                                        Richard D. Douglas
                                        Assistant Attorney General
                                        Federal Habeas Corpus Division
                                        P.O. Box 20207
                                        Nashville, Tennessee 37202-0207
                                        Phone: (615) 741-4125
                                        Fax: (615) 532-4892
                                        Email: Davey.douglas@ag.tn.gov
                                        Tenn. B.P.R. No. 032076

1

## CERTIFICATE OF SERVICE

I certify that the foregoing Status Report was filed electronically on May 20, 2019. A copy of the foregoing was automatically forwarded via the Electronic Case Filing System to:

Mr. Joseph Alexander Little, IV
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
615-238-6395
Fax: 615-687-6998
Email: alex.little@bonelaw.com

                                       /s/ *Richard D. Douglas*
                                       RICHARD D. DOUGLAS
                                       Assistant Attorney General