## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

| | | |
|---|---|---|
| **ADAM BRASEEL,** | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| **v.** | ) | **No. 4:17-cv-00027-CLC-SKL** |
| | ) | |
| **DARREN SETTLES, Warden** | ) | |
| **Bledsoe County Correctional Complex,** | ) | |
| | ) | |
| *Respondent.* | ) | |
| | ) | |

## JOINT NOTICE OF DISMISSAL

Comes the Petitioner, Adam Braseel, and files this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by agreement with the State, and hereby gives notice of his dismissal of all claims asserted against Defendant, Darren Settles, in the above action. Petitioner's petition for writ of error *coram nobis* has been granted by the Grundy County Circuit Court, and his convictions were vacated, rendering this petition moot.

Respectfully submitted this 12th day of August, 2019.

Respectfully submitted,

 s/Alex Little
J. Alex Little (#029858)
**BURR & FORMAN, LLP**
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
(615) 724-3203
alex.little@burr.com

*Counsel for Petitioner*

/s/ *Richard D. Douglas* _____
Richard D. Douglas
Assistant Attorney General
Federal Habeas Corpus
Division P.O. Box 20207
Nashville, Tennessee 37202
Phone: (615) 741-4125
Fax: (615) 532-4892
Davey.douglas@ag.tn.gov
Tenn. B.P.R. No. 032076

34036160 v1

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system:

Richard D. Douglas
Assistant Attorney General
Federal Habeas Corpus Division P.O. Box 20207
Nashville, Tennessee 37202
Davey.douglas@ag.tn.gov


                                          s/Alex Little
                                         ALEX LITTLE
                                         Counsel for the Petitioner

34036160 v1